No. 520. MOHAWK OVERALL COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* HOOKER, CORSER & MITCHELL COMPANY. In error to the Supreme Court of the State of New York. Motion to dismiss or affirm submitted October 20, 1914. Decided October 26, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *First National Bank* v. *Estherville*, 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.*, 217 U. S. 589; *May* v. *Illinois*, 232 U. S. 720; (2) *Barron* v. *Baltimore*, 7 Pet. 243; *Jack* v. *Kansas*, 199 U. S. 372, 379–380; *Twining* v. *New Jersey*, 211 U. S. 78, 93. *Mr. William Dewey Loucks* for the plaintiffs in error. *Mr. Clarke C. Fitts* and *Mr. Robert C. Bacon* for the defendant in error.

---

No. 526. COMMONWEALTH TRUST COMPANY, PLAINTIFF IN ERROR, *v.* ALBERT A. TROCON ET AL. In error to the Supreme Court of the State of Kansas. Motion to dismiss or affirm and for damages submitted October 20, 1914. Decided October 26, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Mallers* v. *Commercial Loan & Trust Co.*, 216 U. S. 613; *Rogers* v. *Clark Iron Co.*, 217 U. S. 589; *Appleby* v. *Buffalo*, 221 U. S. 524, 529; *City of Lewiston* v. *Chamberlain*, 234 U. S. 751; (2) *Eustis* v. *Bolles*, 150 U. S. 361; *Yazoo & Miss. R. R.* v. *Brewer*, 231 U. S. 245; *Holden Land Co.* v. *Interstate Trading Co.*, 233 U. S. 536. *Mr. Carr W. Taylor* for the plaintiff in error. *Mr. William C. Scarritt* for the defendants in error.